MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone:  (415) 436-7200
Fax: (415) 436-7234
E-Mail: aaron.wegner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3-12-71126-MAG |
| | ) | |
|     Plaintiff, | ) | [~~PROPOSED~~] ORDER AND |
| | ) | STIPULATION FOR CONTINUANCE |
| v. | ) | FROM OCTOBER 19, 2012 TO |
| | ) | NOVEMBER 30, 2012 AND EXCLUDING |
| LEONCIO GONZALEZ-BARRAGAN, | ) | TIME FROM THE SPEEDY TRIAL ACT |
| | ) | CALCULATION (18 U.S.C. § |
|     Defendant. | ) | 3161(h)(8)(A)) AND WAIVING TIME |
| | ) | LIMITS UNDER RULE 5.1 |

       With the agreement of the parties, and with the consent of the defendant, the Court enters

this order scheduling an arraignment or preliminary hearing date of November 30, 2012 at 9:30

a.m. before the duty magistrate judge, and documenting the defendant's waiver of the preliminary

hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the

Speedy Trial Act, 18 U.S.C. § 3161(b), from October 19, 2012 to November 30, 2012.  The

parties agree, and the Court finds and holds, as follows:

       1.  The defendant is currently in custody.

       2.  The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C.

§ 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into

account the exercise of due diligence.  The government is producing discovery in the case and

1  defense counsel needs time to review the discovery.

2      3. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for
3  preliminary hearing.

4      4. Counsel for the defense believes that postponing the preliminary hearing is in his
5  client's best interest, and that it is not in his client's interest for the United States to indict the
6  case during the normal 14-day timeline established in Rule 5.1.

7      5. The Court finds that, taking into the account the public interest in the prompt
8  disposition of criminal cases, these grounds are good cause for extending the time limits for a
9  preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances,
10 the Court finds that the ends of justice served by excluding the period from October 19, 2012 to
11 November 30, 2012, outweigh the best interest of the public and the defendant in a speedy trial.
12 18 U.S.C. § 3161(h)(8)(A).

13     6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary
14 hearing date before the duty magistrate judge on November 30, 2012, at 9:30 a.m., and (2) orders
15 that the period from October 19, 2012 to November 30, 2012, be excluded from the time period
16 for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial
17 Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

18
19 IT IS SO STIPULATED:

20
21 DATED: October 15, 2012           /s
22                   PHIL SCHNAYERSON
                  Attorney for Defendant

23
24 DATED: October 15, 2012           /s
25                   AARON D. WEGNER
                  Assistant United States Attorney

26
27 IT IS SO ORDERED.

28 DATED: <u>  10/16/12  </u>



                  HONORABLE JOSEPH C. SPERO
                  United States Magistrate Judge